# EXHIBIT B

SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
P. MARK MAHONEY (CSB No. 232549)
LANCE C. CIDRE (CSB No. 287906)
One Market Plaza, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendants
TECHTRONIC INDUSTRIES NORTH AMERICA, INC.,
ONE WORLD TECHNOLOGIES, INC., and
RYOBI TECHNOLOGIES, INC.

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**05/23/2014** at 04:40:00 PM
Clerk of the Superior Court
By Alicia Fletes, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| FERNANDO TREJO,<br><br>    Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 37-2014-00010024-CU-PL-CTL<br><br>**DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., and RYOBI TECHNOLOGIES, INC. ("Defendants"), on behalf of themselves and no other entity, hereby answer Plaintiff FERNANDO TREJO's ("Plaintiff") unverified Complaint as follows:

## GENERAL DENIAL

Pursuant to California Code of Civil Procedure section 431.30(d), Defendants deny, generally and specifically, each and every allegation of Plaintiff's unverified complaint and each and every cause of action purportedly stated therein. Defendants further deny that Plaintiff has been damaged in the sums or manner alleged, or in any

- 1 -

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

- 2 -

1  way at all, by reason of any act or omission on the part of Defendants or any of
2  Defendants' officers, agents, or employees. Defendants further deny that they are in
3  any way liable to Plaintiff or that Defendants or any of their officers, agents, or
4  employees failed to act so as to be the legal cause of any damage to Plaintiff.
5  As for their affirmative defenses, Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

The Complaint, and each cause of action alleged therein, fails to state facts sufficient to constitute a cause of action against Defendants.

## SECOND AFFIRMATIVE DEFENSE
### (Comparative Negligence)

Any recovery by Plaintiff should be barred or reduced by the negligence, fault, or carelessness of Plaintiff.

## THIRD AFFIRMATIVE DEFENSE
### (Fault of Others)

Any loss, injury, or damage incurred by Plaintiff was proximately caused by the negligent or willful acts or omissions of parties whom Defendants neither controlled nor had the right to control, and was not proximately caused by any acts, omissions, or other conduct of Defendants.

## FOURTH AFFIRMATIVE DEFENSE
### (Superseding Cause)

Plaintiff's Complaint, and each and every purported cause of action of said Complaint, is barred by virtue of intervening, superseding causes or circumstances.

## FIFTH AFFIRMATIVE DEFENSE
### (Assumption of Risk)

Plaintiff knowingly, voluntarily, and unreasonably undertook to encounter each of the risks and hazards, if any, referred to in the Complaint and each alleged cause of

CHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

action, and this undertaking proximately caused and contributed to any loss, injury, or damages incurred by Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

**(Failure to Use Product in Intended or Foreseeable Manner)**

Plaintiff's damages, if any, were proximately caused or contributed to by Plaintiff's unforeseeable misuse, misapplication, and/or alteration of the product at issue in this action.

### SEVENTH AFFIRMATIVE DEFENSE

**(Misuse)**

The product referred to in the Complaint was misused, abused, or altered by Plaintiff and/or by others. The misuse, abuse, or alteration was not reasonably foreseeable to Defendants, and proximately caused any loss, injury, or damages incurred by Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

**(Alteration)**

The product referred to in the Complaint was changed after Defendants placed the product into the stream of commerce, if Defendants caused it to be placed at all, which caused Plaintiff's injuries.

### NINTH AFFIRMATIVE DEFENSE

**(Non-Defective Product)**

The product at issue in this action was reasonably fit for the use for which it was intended.

### TENTH AFFIRMATIVE DEFENSE

**(State of the Art)**

At the time Defendants placed the product in question into the stream of commerce, if at all, said product conformed to the state of the art applicable to such product at the time.

CHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

## ELEVENTH AFFIRMATIVE DEFENSE

### (Compliance with Safety Standards)

At the time Defendants placed the product in question into the stream of commerce, if at all, said product complied with all applicable standards, statutes, and regulations existing at the time of manufacture that prescribed standards for design, inspection, testing, manufacture, labeling, packaging, warning, or instructions for the use of the product.

## TWELFTH AFFIRMATIVE DEFENSE

### (Reasonableness of Actions)

All actions by Defendants regarding the design, manufacture, marketing, and sale of the product in question were reasonable, prudent, and undertaken in good faith.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Disclaimer of Warranty)

Plaintiff is barred from recovery based on any theory of breach of implied warranty because Defendants disclaimed any such warranty.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiff is barred from recovery under the Complaint, or is limited to a partial recovery thereupon, because Plaintiff failed to mitigate the damages, if any, that resulted from the acts and omissions alleged.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Apportionment of Non-Economic Damages)

Defendants' liability, if any, for non-economic damages, if any, shall be several only and shall not be joint; Defendants request a judicial determination of the amount of non-economic damages, if any, allocated to them, in direct proportion to each defendant's percentage of fault, if any, and a separate judgment in conformity therewith.

///

///

- 4 -

CHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

### SIXTEENTH AFFIRMATIVE DEFENSE

### (Set Off)

Defendants' liability, if any, shall be set off and reduced based upon any recoveries, payments, awards, and/or judgments obtained from any other party or entity for any injury or damage claimed in Plaintiff's lawsuit.

### SEVENTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Any recovery by plaintiff may be barred or reduced by the applicable statute of limitations, including but not limited to California Code of Civil Procedure sections 335, 338, 339, 343, and 474 and California Commercial Code section 2725.

### EIGHTEENTH AFFIRMATIVE DEFENSE

### (Workers' Compensation: Employer Negligence)

To the extent that Plaintiff was acting in an employment capacity and was entitled to receive Workers' Compensation benefits from his employer at the time of the injuries alleged in the Complaint, Defendants allege that Plaintiff's employer was negligent in and about the matters referred to in said Complaint, and that such negligence on the part of said employer proximately and concurrently contributed to the happening of the accident and to the loss or damage complained of by Plaintiff, if any there were, and that by reason thereof Defendants are entitled to set off any such benefits to be received by Plaintiff against any judgment which may be rendered in favor of Plaintiff.

### NINETEENTH AFFIRMATIVE DEFENSE

### (Workers' Compensation: Exclusive Remedy)

To the extent that Plaintiff was acting in an employment capacity and was entitled to receive Workers' Compensation benefits from his employer at the time of the injuries alleged in the Complaint, such benefits constitute Plaintiff's exclusive remedy pursuant to California Labor Code section 3600 *et seq.*

///
///

CHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 5 -

DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

4. That the Court award Defendants their costs of suit incurred in the defense of this action, including reasonable attorneys' fees, to the extent authorized by applicable law; and

5. That the Court award Defendants such other and further relief as it may deem just and proper.

Dated: May 23, 2014

SCHIFF HARDIN LLP

By: _____
Jeffrey R. Williams
P. Mark Mahoney
Lance C. Cidre
Attorneys for Defendants
TECHTRONIC INDUSTRIES NORTH AMERICA, INC.,
ONE WORLD TECHNOLOGIES, INC.,
and RYOBI TECHNOLOGIES, INC.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 7 -

DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

## DEMAND FOR JURY TRIAL

Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., and RYOBI TECHNOLOGIES, INC. hereby demand a trial by jury as to all issues so triable.

Dated: May 23, 2014

SCHIFF HARDIN LLP

By: _____
Jeffrey R. Williams
P. Mark Mahoney
Lance C. Cidre
Attorneys for Defendants
TECHTRONIC INDUSTRIES NORTH AMERICA, INC.,
ONE WORLD TECHNOLOGIES, INC.,
and RYOBI TECHNOLOGIES, INC.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 8 -

DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

Case 3:14-cv-01309-L-JMA   Document 1-2   Filed 05/28/14   Page 9 of 9

Trejo v. Techtronic Industries North America, Inc., et al.
San Diego Superior Court Case No.: 37-2014-00010024-CU PL CTL

# PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**DEFENDANTS TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., AND RYOBI TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**

**DEMAND FOR JURY TRIAL**

☑ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States Mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| Eric Pearson<br>HEYGOOD, ORR & PEARSON<br>2331 W. Northwest Highway, 2nd Flr.<br>Dallas, TX 75220<br>Tel: (214) 237-9001<br>Fax: (214) 237-9002<br><br>*Attorneys for Plaintiff, Fernando Trejo* | Richard Sullivan<br>SULLIVAN AND SULLIVAN LLP<br>83 Walnut Street<br>Wellesley, MA 02481<br>Telephone: (781) 263-9400<br>Facsimile: (781) 239-1360<br>Email: rsullivan@sullivanllp.com<br><br>*Attorneys for Plaintiff, Fernando Trejo* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 23RD day of May 2014, at San Francisco, California.

Dawn M. Bierman

HIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO